# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br><br>JUSTIN KAGERBAUER<br>*Defendant* | )<br>)<br>) Case No. 25-MJ-1828<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 12/4/2025

*Defendant's signature*

*Signature of defendant's attorney*

Jacob Manian 1064360
*Printed name and bar number of defendant's attorney*

622 N. Water St., Ste. 500
*Address of defendant's attorney*

jamanian@foslaw.com
*E-mail address of defendant's attorney*

414-273-3939
*Telephone number of defendant's attorney*

414-273-3947
*FAX number of defendant's attorney*